IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GABRIELLA S.,

      Plaintiff,

v.                                                                 No. 2:24-cv-651 KRS

MARTIN O'MALLEY, Commissioner of the
Social Security Administration,

      Defendant.

### ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*

THIS MATTER comes before the Court upon Plaintiff's Motion to Proceed in Forma Pauperis. (Doc. 2). Having reviewed the Motion, the Court FINDS that Plaintiff's request is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Proceed in Forma Pauperis, (Doc. 2), is GRANTED. Plaintiff may proceed in this action without payment of a filing fee, costs, or security therefor.

IT IS FURTHER ORDERED that the Clerk is hereby directed to transmit the required Notice pursuant to Rule 3 of the Supplemental Rules for Social Security Actions under 42 U.S.C. 405(g).

IT IS SO ORDERED.

                                                                           _____
                                                                           KEVIN R. SWEAZEA
                                                                           UNITED STATES MAGISTRATE JUDGE