IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**GABRIELLA S.,**
    **Plaintiff,**

vs.

                                                                       CIV. NO. 2:24-cv-00651-KRS

**MARTIN O'MALLEY,**
**Commissioner of Social Security,**
    **Defendant.**

## JUDGMENT

Having granted Defendant's Unopposed Motion for Remand to Agency Pursuant to Sentence Four of 42 U.S.C. § 405(g) (Doc. 15) in an order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

                                                */s/ Kevin Sweazea*
                                       THE HONORABLE KEVIN R. SWEAZEA
                                       UNITED STATES MAGISTRATE JUDGE